UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. _____ 1 0 C R 5 0 0 7 6 |
| | ) | |
| vs. | ) | Violation: Title 18, United States Code, |
| | ) | Section 2252A(a)(5)(B) *Judge Kapala* |
| DOMINICK PELLETIER | ) | |

The SEPTEMBER 2010 GRAND JURY charges:

On or about August 29, 2008, at Dekalb, Illinois, in the Northern District of Illinois, Western

Division,

DOMINICK PELLETIER,

defendant herein, knowingly possessed material, namely, a multi hard drive computer in an Armor

case that contained hard drives with the serial numbers WMAMY1624434, P000260185,

Y41JXNCE, WCANU1491417, WMAL71412347, and one hard drive with no serial number, which

computer contained images of child pornography as defined in Title 18, United States Code, Section

2256(8)(A), including an image with the file name "01(2035)[932444].jpg", such images having

been shipped and transported in interstate and foreign commerce by any means, including by

computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FILED

DEC 07 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SEPTEMBER 2010 GRAND JURY alleges:

1.      The allegations of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      As a result of his violations of Title 18, United States Code, Section 2252A,

DOMINICK PELLETIER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations.

3.      The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items:

(a)     multi hard drive computer in an Armor case that contained hard drives with the serial numbers   WMAMY1624434,   P000260185,   Y41JXNCE,   WCANU1491417, WMAL71412347, and one hard drive with no serial number;

(b)     seized images that depict child pornography, in whatever form;

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2